THE STATE OF KANSAS v. W. J. BRIGGS *et al.*
No. 13,456.   (73 Pac. 1132.)

Appeal from Coffey district court; DENNIS MADDEN, judge.   Opinion filed July 10, 1903.   Affirmed.

*Henry E. Ganse*, county attorney, for The State.
*L. H. Hannen*, and *Joe Rolston*, for appellants.

*Per Curiam:*  This is a companion case to that of *The State v. Davis*, ante, page 545, 73 Pac. 87.  We have examined the instructions given and refused and find that the court fairly stated the law.   The juror Throckmorton was not disqualified by reason of bias or prejudice.   We cannot say that the trial court abused its discretion in questioning witnesses on the stand.

The judgment of the court below will be affirmed.